FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 25 2009 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MARIO QUIROZ,

                      Plaintiff,

   -against-

CITY UNIVERSITY OF NEW YORK,
QUEENSBORO COLLEGE,

                      Defendant.
----------------------------------------------------------------X

JUDGMENT
06-CV- 5732 (JG)

    An Order of Honorable John Gleeson, United States District Judge, having been filed on July 25, 2008, granting defendant's motion for summary judgment; and denying plaintiff's cross-motion for summary judgment; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; and that plaintiff's cross-motion for summary judgment is denied.

Dated: Brooklyn, New York
        March 25, 2009

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court